ORDER
Caro’s petition for rehearing and rehearing en banc is before the Court.
A poll of the Court was requested, and failed to garner the approval of a majority of the qualified active judges. Judges Gregory, Davis, and Keenan voted in favor of rehearing en banc. Chief Judge Traxler, and Judges Wilkinson, Niemeyer, Motz, King, Shedd, Duncan, Agee, and Wynn voted to deny. Judge Michael did not participate.
The petition for rehearing and rehearing en banc is therefore denied. Judge Duncan wrote an opinion concurring in the denial of rehearing and rehearing en banc. Judge Gregory wrote an opinion dissenting from the denial of rehearing and rehearing en bane.
Entered at the direction of Judge Duncan for the Court.